UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20229-CR-GAYLES

UNITED STATES OF AMERICA

v.

HENLEY JAMES BEECHUM,
USM# 13210-104

        Defendant.
_____/

## ORDER ON PETITION FOR REVOCATION OF SUPERVISED RELEASE

**THIS MATTER** came before the Court on July 20, 2022, for hearing on the United States Probation Office's Petition for Offender under Supervision [ECF No. 32], filed January 15, 2020. At the hearing, the Defendant admitted to Violations 1, 3, 4, and 5. The Government dismissed Violation 2. The Court having reviewed the Petition, heard oral arguments from the parties, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Defendant's term of supervision is hereby **REVOKED.** It is further **ORDERED** that Defendant, Henley James Beechum is committed to the custody of the Bureau of Prisons for a term of **Eight (8) Months**, with no term of supervision to follow. This term of imprisonment shall run consecutive to the sentence imposed in Case No. 20-20229-CR-GAYLES. In addition, the Court makes the following recommendation to the Bureau of Prisons: the Defendant be designated to FDC Miami for the remainder of his sentence.

**DONE AND ORDERED** in Chambers at Miami, Florida this 20th day of July 2022.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc:    counsel of record